IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

13-8315-DLB

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>[1] Samuel GARCIA-ADARME,<br>[2] Edrick GARCIA-VAZQUEZ,<br>[3] Armando GARCIA-VAZQUEZ,<br>[4] Carlos MINGUELA-ORTIZ,<br>[5] William Tang Piu WONG,<br>[6] Sultana Screens & Aluminum Sales,<br>[7] PRP Trading Corp.,<br>[8] Aluwest Industries.<br>Defendants | **INDICTMENT**<br><br>CRIM. NO. 13 - 353 ( FAB )<br><br>Violations:<br><br>18 U.S.C. § 371<br>18 U.S.C. § 545<br>18 U.S.C. § 1343, 1349<br>18 U.S.C. § 1956(a)(2)(A) and (h)<br>18 U.S.C. § 982(a)(1), (a)(2)(B), and (b)<br>28 U.S.C. § 2461(c)<br><br>**(THREE COUNTS AND FORFEITURE)** |

FILED by _____ D.C.

JUN 24 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

THE GRAND JURY CHARGES:

GENERAL ALLEGATIONS

At all times material to this Indictment:

1.      The United States Department of Commerce was charged with regulating commerce in the United States and, as part of its responsibilities, had the authority to impose duties on certain foreign imports, such as "antidumping" (ADD) and "countervailing" (CVD) duties which are additional taxes imposed on imported merchandise entering the United States commerce to avoid said merchandise from being sold at less than fair market value and when U.S. industries were injured. Antidumping and countervailing duties were intended to ensure fair competition between United States companies and foreign industry, and to counter international price discrimination that caused injury to United States industries.

2.      The United States Department of Homeland Security, Bureau of Customs and Border Protection (CBP) was responsible for, among other things, the examination of merchandise entering the United States to ensure that (a) the merchandise was admissible and in compliance with United

Case 3:13-mj-08815-RLB Document 1 Entered on FLSD Docket 04/25/2013 Page 2 of 42

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 2 of 42

States laws; and, (b) the assessment and collection of taxes, fees, and duties on imported merchandise, including antidumping and countervailing duties.

3.      CBP forms 3461 (Entry/Immediate Delivery) and 7501 (Entry Summary) required importers to provide specific and truthful information related to imported merchandise, including a description of the merchandise and the merchandise's harmonized tariff code, manufacturer, value, and country of origin.  A customhouse broker or agent normally handled the process of entering goods into the United States on behalf of an importer, which included filing entry documents with CBP based on information provided by the importer.

4.      CBP relied upon the information provided by importers of record, and their authorized customs brokers, including the quantity and nature of imported merchandise, in determining whether merchandise could be imported and whether the importation was subject to duty, tax, the posting of bonds, and other fees prior to entry.

5.      Imported goods could not enter the United States unless and until CBP approved and released the entry of the goods into the United States commerce.

6.      In September, 2010, the Department of Commerce determined that aluminum extrusions originating from the People's Republic of China were being sold in the United States at less than fair market value.  Aluminum extrusions are a variety of shapes and forms produced by an extrusion process and made from aluminum alloys having metallic elements and are imported as parts for final finished products that are assembled after importation, including, but not limited to, window frames, door frames, solar panels, curtain rods, furniture, fence posts, electrical conduits, and heat sinks.

7.      As a result, in November, 2010, the Department of Commerce imposed antidumping and countervailing duties on Chinese-origin aluminum, which ranged from 30 - 33% of the declared value of the imported aluminum, and 374.15% of the declared value of the imported aluminum, respectively.

## DEFENDANTS

8.      [1] **Samuel GARCIA-ADRME** was the owner of Sultana Screens & Aluminum Sales and Vice President of Aluwest Industries; [2] **Edrick GARCIA-VAZQUEZ** was the President of PRP Trading; [3] **Armando GARCIA-VAZQUEZ** was the Vice President of PRP Trading and the Chief Financial Officer of Sultana Screens & Aluminum Sales; [4] **Carlos MINGUELA-ORTIZ** was the accountant for Sultana Screens & Aluminum Sales and PRP Trading; [5] **William Tang Piu WONG** was the owner of AGI Trading Corporation and facilitated the importation of Chinese manufactured goods into United States commerce; [6] **Sultana Screens & Aluminum Sales**, located at Ave. Hiram Cabassa #31, Mayaguez, P.R., and two additional locations in Caguas, P.R. and Ponce, P.R. was registered with the Puerto Rico Department of State on June 26, 1986 under charter number 63499 for the purpose of importing aluminum and manufacturing related products for sale; [7] **PRP Trading Corp.**, located at Calle M1 B6, Parque de Jardines, Arecibo, P.R., was registered with the Puerto Rico Department of State on November 12, 2010 under charter number 200850 for the purpose of importing aluminum; and [8] **Aluwest Industries**, located at Zona Industrial El Tuque, Lote# 29 Calle B, Ponce, P.R., was registered with the Puerto Rico Department of State on December 18, 2003 with charter number 140453 for the purpose of manufacturing aluminum products.

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al*
Page 4 of 42

---

## COUNT ONE
### (Conspiracy; Smuggling Goods Into the United States)
### Title 18, United States Code, Sections 371 and 545

9.      Paragraphs One (1) through Eight (8) of the General Allegations of this Indictment are re-alleged and incorporated herein.

10.      From in or about September, 2010, through in or about February, 2012, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] Samuel GARCIA-ADARME,**
**[2] Edrick GARCIA-VAZQUEZ,**
**[3] Armando GARCIA-VAZQUEZ,**
**[4] Carlos MINGUELA-ORTIZ,**
**[5] William Tang Piu WONG,**
**[6] Sultana Screens & Aluminum Sales,**
**[7] PRP Trading Corp.,**
**[8] Aluwest Industries,**

the defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the grand jury, to smuggle and clandestinely introduce, or attempt to smuggle or clandestinely introduce, merchandise imported from China, to wit: aluminum, by passing false and fraudulent invoices and documents through a CBP customhouse with the intent to defraud the United States of approximately $26.7 million in lawful antidumping and countervailing duties accruing upon said merchandise, in violation of Title 18, United States Code, Sections 371 and 545.

## OBJECT OF THE CONSPIRACY

11.      The object of the conspiracy was that defendants **[1] Samuel GARCIA-ADARME,** **[2] Edrick GARCIA-VAZQUEZ, [3] Armando GARCIA-VAZQUEZ** and **[4] Carlos MINGUELA-ORTIZ**, owners and/or principals of **[6] Sultana Screens & Aluminum Sales, [7] PRP Trading**, and **[8] Aluwest Industries**, with the assistance of **[5] William Tang Piu WONG,**

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 5 of 42

would purchase aluminum from China, transship the aluminum to Malaysia, repackage the aluminum and create false invoices to make it appear as though the aluminum originated in Malaysia, and then import the aluminum into Puerto Rico in order to avoid payment of the antidumping and countervailing duties.

## ACTS IN EXECUTION OF THE CONSPIRACY

12. In anticipation of the imposition of antidumping and countervailing duties on Chinese-origin aluminum, **[3] Armando GARCIA-VAZQUEZ, [4] Carlos MINGUELA-ORTIZ,** and **[5] William Tang Piu WONG** had twelve containers of Chinese-origin aluminum destined for San Juan, Puerto Rico for **[6] Sultana Screens & Aluminum Sales** rerouted to Malaysia, between the dates set forth in the table below, so that said aluminum could be repackaged to appear as though it originated in Malaysia before entering United States commerce:

| NO. | SHIPPING DATE | ETA | CUSTOMER | DESTINATION | CONTAINER NO. |
|-----|---------------|-----|----------|-------------|---------------|
| 1. | 07/27/2010 | 09/03/2010 | Sultana | San Juan | CPSU4058889 |
| 2. | 08/01/2010 | 09/12/2010 | Sultana | San Juan | TCKU4701542 |
| 3. | 08/02/2010 | 09/12/2010 | Sultana | San Juan | ZCSU2638930 |
| 4. | 08/03/2010 | 09/12/2010 | Sultana | San Juan | TEXU7270917 |
| 5. | 08/04/2010 | 09/12/2010 | Sultana | San Juan | ZCSU2509424 |
| 6. | 08/09/2010 | 10/03/2010 | Sultana | San Juan | ZCSU2541391 |
| 7. | 08/13/2010 | 10/03/2010 | Sultana | San Juan | ZCSU2771007 |
| 8. | 08/20/2010 | 10/03/2010 | Sultana | San Juan | UESU4170195 |
| 9. | 08/21/2010 | 09/25/2010 | Sultana | San Juan | ZCSU2780734 |
| 10. | 08/23/2010 | 09/25/2010 | Sultana | San Juan | ZCSU2574292 |
| 11. | 08/24/2010 | 10/03/2010 | Sultana | San Juan | CLHU4315712 |

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 6 of 42

| 12. | 09/01/2010 | 10/14/2010 | Sultana | San Juan | ZCSU2738919 |

13.    On November 12, 2010, **[2] Edrick GARCIA-VAZQUEZ** and **[3] Armando GARCIA-VAZQUEZ** incorporated **[7] PRP Trading Corp.**, in order to import aluminum for, and divert attention away from, **[6] Sultana Screens & Aluminum Sales** and **[8] Aluwest Industries**, without paying antidumping and countervailing duties.

14.    Between September, 2010, and February, 2012, **[2] Edrick GARCIA-VAZQUEZ**, utilizing email address prptc@yahoo.com; **[3] Armando GARCIA-VAZQUEZ**, utilizing email addresses prptc@yahoo.com, armando@sultanapr.com, and armando@aluwest.com; **[4] Carlos MINGUELA-ORTIZ**, utilizing email addresses minguela@sultanpr.com and minguela@aluwest.com; and **[5] William Tang Piu WONG**, utilizing email address bill.wong@agitradingcorp.com; communicated with each other and with their unnamed co-conspirators in furtherance of their conspiracy to smuggle or clandestinely introduce goods into United States commerce, as follows:

| DATES(S) | PARTICIPANTS | EMAIL ACCOUNTS |
|---|---|---|
| 09/09/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[4] Carlos MINGUELA-ORTIZ**<br>**[5] William Tang Piu WONG** | armando@aluwest.com<br>minguela@aluwest.com<br>bill.wong@agitradingcorp.com |
| 09/16/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[4] Carlos MINGUELA-ORTIZ**<br>**[5] William Tang Piu WONG** | armando@sultanapr.com<br>minguela@sultanapr.com<br>bill.wong@agitradingcorp.com |
| 10/02/2010 -<br>10/03/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[5] William Tang Piu WONG** | armando@aluwest.com<br>bill.wong@agitradingcorp.com |
| 10/20/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>Xingya Aluminum | armando@sultanpr.com<br>celia.lu@xingya-alu.com |
| 11/05/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[5] William Tang Piu WONG** | armando@sultanapr.com<br>bill.wong@agritradingcorp.com |

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al*
Page 7 of 42

| 11/15/2010 - 12/08/2010 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG EURO-PACS Xingya Aluminum | prptc@yahoo.com bill.wong@agitradingcorp.com angie@euro-pacs.com celia.lu@xingya-alu.com |
|---|---|---|
| 12/09/2010 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 12/16/2010 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 12/28/2010 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 01/18/20211 | [3] Armando GARCIA-VAZQUEZ Xingya Aluminum | prptc@yahoo.com mon.yoyo@163.com |
| 01/26/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG Xingya Aluminum | prptc@yahoo.com bill.wong@agitradingcorp.com celia.lu@xingya-alu.com |
| 01/28/2011 - 01/29/2011 | [2] Edrick GARCIA-VAZQUEZ [4] Carlos MINGUELA-ORTIZ [5] William Tang Piu WONG | prptc@yahoo.com minguela@sultanapr.com bill.wong@agitradingcorp.com |
| 02/13/2011 - 02/16/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 03/07/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 03/21/2011 - 03/23/2011 | [2] Edrick GARCIA-VAZQUEZ [4] Carlos MINGUELA-ORTIZ | prptc@yahoo.com minguela@aluwest.com |
| 03/21/2011 - 03/24/2011 | [2] Edrick GARCIA-VAZQUEZ [4] Carlos MINGUELA-ORTIZ | prptc@yahoo.com minguela@sultanapr.com |
| 03/28/2011 - 04/03/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG Xingya Aluminum | prptc@yahoo.com bill.wong@agitradingcorp.com celia.lu@xingya-alu.com |
| 04/07/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 04/25/2011 - 04/27/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |

| 05/12/2011 | **[3] Armando GARCIA-VAZQUEZ**<br><br>Xingya Aluminum | armando@sultanapr.com<br>prptc@yahoo.com<br>mon.yoyo@163.com |
| 07/28/2011 | **[2] Edrick GARCIA-VAZQUEZ**<br>**[5] William Tang Piu WONG** | prptc@yahoo.com<br>bill.wong@agitradingcorp.com |
| 12/29/2011 -<br>01/02/2012 | **[2] Edrick GARCIA-VAZQUEZ**<br>**[5] William Tang Piu WONG** | prptc@yahoo.com<br>bill.wong@agitradingcorp.com |
| 02/01/2012 -<br>02/02/2012 | **[5] William Tang Piu WONG**<br>Xingya Aluminum | bill.wong@agitradingcorp.com<br>celia.lu@xingya-alu.com |

15.    On or about the dates set forth below, the defendants executed wire transfers of

United States currency from PRP Trading Corp. located in Puerto Rico, to PA Extrusion located in

Malaysia, with the intent to promote the carrying on of the specified unlawful activity charged in

Count One:

| Date | Transferor | Transferee | Type of Transfer | Amount |
|---|---|---|---|---|
| 01/18/2011 | PRP Trading | PA Extrusions | Wire | $317,776.22 |
| 01/27/2011 | PRP Trading | PA Extrusions | Wire | $275,443.04 |
| 01/25/2011 | PRP Trading | PA Extrusions | Wire | $251,216.00 |
| 03/07/2011 | PRP Trading | PA Extrusions | Wire | $249,543.73 |
| 03/21/2011 | PRP Trading | PA Extrusions | Wire | $49,282.68 |
| 03/25/2011 | PRP Trading | PA Extrusions | Wire | $251,216.00 |
| 05/02/2011 | PRP Trading | PA Extrusions | Wire | $301,930.27 |
| 05/13/2011 | PRP Trading | PA Extrusions | Wire | $118,570.00 |
| 06/02/2011 | PRP Trading | PA Extrusions | Wire | $255,201.34 |
| 06/09/2011 | PRP Trading | PA Extrusions | Wire | $175,883.49 |
| 06/16/2011 | PRP Trading | PA Extrusions | Wire | $141,946.07 |
| 06/24/2011 | PRP Trading | PA Extrusions | Wire | $119,997.63 |
| 04/05/2011 | PRP Trading | PA Extrusions | Wire | $189,226.52 |

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 9 of 42

| 04/26/2011 | PRP Trading | PA Extrusions | Wire | $113,580.00 |
|---|---|---|---|---|
| 04/26/2011 | PRP Trading | PA Extrusions | Wire | $200,091.95 |
| 08/15/2011 | PRP Trading | PA Extrusions | Wire | $134,409.73 |
| 08/19/2011 | PRP Trading | PA Extrusions | Wire | $139,143.73 |
| 08/30/2011 | PRP Trading | PA Extrusions | Wire | $131,287.13 |
| 09/09/2011 | PRP Trading | PA Extrusions | Wire | $129,194.62 |
| 09/15/2011 | PRP Trading | PA Extrusions | Wire | $190,142.14 |
| 09/26/2011 | PRP Trading | PA Extrusions | Wire | $266,011.50 |
| 10/05/2011 | PRP Trading | PA Extrusions | Wire | $201,967.36 |
| 10/07/2011 | PRP Trading | PA Extrusions | Wire | $196,400.00 |
| 10/14/2011 | PRP Trading | PA Extrusions | Wire | $201,448.14 |
| 10/25/2011 | PRP Trading | PA Extrusions | Wire | $139,366.87 |
| 11/02/2011 | PRP Trading | PA Extrusions | Wire | $133,375.27 |
| 11/03/2011 | PRP Trading | PA Extrusions | Wire | $154,192.00 |
| 11/09/2011 | PRP Trading | PA Extrusions | Wire | $137,778.92 |
| 11/14/2011 | PRP Trading | PA Extrusions | Wire | $204,985.96 |
| 11/21/2011 | PRP Trading | PA Extrusions | Wire | $142,972.53 |
| 11/23/2011 | PRP Trading | PA Extrusions | Wire | $138,812.72 |
| 12/01/2011 | PRP Trading | PA Extrusions | Wire | $134,921.85 |
| 12/07/2011 | PRP Trading | PA Extrusions | Wire | $128,500.25 |
| 12/12/2011 | PRP Trading | PA Extrusions | Wire | $131,787.36 |
| 12/19/2011 | PRP Trading | PA Extrusions | Wire | $126,870.80 |
| 12/22/2011 | PRP Trading | PA Extrusions | Wire | $128,417.34 |
| 12/29/2011 | PRP Trading | PA Extrusions | Wire | $128,482.17 |
| 01/04/2012 | PRP Trading | PA Extrusions | Wire | $128,570.58 |
| 01/13/2012 | PRP Trading | PA Extrusions | Wire | $131,982.22 |
| 01/20/2012 | PRP Trading | PA Extrusions | Wire | $141,059.30 |

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 10 of 42

| 04/25/2012 | PRP Trading | PA Extrusions | Wire | $75,000.00 |
|---|---|---|---|---|
| **Total** | | | | $6,907, 985.43 |

16.     On or about the dates set forth below, the defendants caused the entry or attempted

entry of Chinese-origin aluminum in furtherance of their conspiracy to smuggle or clandestinely

introduce goods into United States commerce by passing false and fraudulent invoices and

documents through a CBP customhouse with the intent to defraud the United States:

| ENTRY NO. | ENTRY DATE | VALUE | ADD | CVD |
|---|---|---|---|---|
| D05-01239129 | 12/26/2010 | $54,100.00 | $18,004.48 | $202,415.15 |
| D05-01239111 | 12/26/2010 | $44,245.00 | $14,724.74 | $165,542.67 |
| D05-01239699 | 01/05/2011 | $64,629.00 | $21,508.53 | $241,809.40 |
| D05-01239095 | 01/05/2011 | $61,173.00 | $20,358.37 | $228,878.78 |
| D05-01239079 | 01/05/2011 | $63,307.00 | $21,068.57 | $236,863.14 |
| D05-01239103 | 01/05/2011 | $64,120.00 | $21,339.14 | $239,904.98 |
| D05-01239061 | 01/05/2011 | $61,740.00 | $20,547.07 | $231,000.21 |
| D05-01240408 | 01/12/2011 | $66,318.00 | $22,070.63 | $248,128.80 |
| D05-01240416 | 01/12/2011 | $54,635.00 | $18,182.53 | $204,416.85 |
| D05-01239749 | 01/18/2011 | $66,578.00 | $22,157.16 | $249,101.59 |
| D05-01239756 | 01/18/2011 | $64,042.00 | $21,313.18 | $239,613.14 |
| D05-01239715 | 01/18/2011 | $61,232.00 | $20,378.01 | $229,099.53 |
| D05-01239731 | 01/18/2011 | $60,473.00 | $20,125.41 | $226,259.73 |
| D05-01239723 | 01/18/2011 | $66,218.00 | $22,037.35 | $247,754.65 |
| D05-01241539 | 01/31/2011 | $50,812.00 | $16,910.23 | $190,113.10 |
| D05-01241521 | 01/31/2011 | $45,738.00 | $15,221.61 | $171,128.73 |
| D05-01241661 | 02/12/2011 | $60,558.00 | $20,153.70 | $226,577.76 |
| D05-01241513 | 02/14/2011 | $65,147.00 | $21,680.92 | $243,747.50 |

Case 3:13-mj-00353-FAKT SEALED Document 3 Filed 06/20/13 Page 11 of 42

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 11 of 42

| | | | | |
|---|---|---|---|---|
| D05-01241547 | 02/19/2011 | $63,037.00 | $20,978.71 | $235,852.94 |
| D05-01241562 | 02/22/2011 | $60,589.00 | $20,164.02 | $226,693.74 |
| D05-01241588 | 02/22/2011 | $60,921.00 | $20,274.51 | $227,935.92 |
| D05-01241240 | 03/10/2011 | $58,571.00 | $19,492.43 | $219,143.40 |
| D05-01241265 | 03/10/2011 | $60,063.00 | $19,988.97 | $224,725.71 |
| D05-01241257 | 03/14/2011 | $61,423.00 | $20,441.57 | $229,814.15 |
| D05-01241554 | 03/18/2011 | $61,439.00 | $20,446.90 | $229,874.02 |
| D05-01241851 | 03/22/2011 | $62,611.00 | $20,836.94 | $234,259.06 |
| D05-01242990 | 04/18/2011 | $68,677.00 | $22,855.71 | $256,955.00 |
| D05-01243006 | 04/18/2011 | $67,554.00 | $22,481.97 | $252,753.29 |
| D05-01243378 | 04/26/2011 | $60,227.00 | $20,043.55 | $225,339.32 |
| D05-01243444 | 04/26/2011 | $60,893.00 | $20,265.19 | $227,831.16 |
| D05-01243451 | 04/26/2011 | $64,026.00 | $21,307.85 | $239,553.28 |
| D05-01243485 | 04/30/2011 | $59,299.00 | $19,734.71 | $221,867.21 |
| D05-01243493 | 04/30/2011 | $68,499.00 | $22,796.47 | $256,289.01 |
| D05-01243501 | 04/30/2011 | $60,614.00 | $20,172.34 | $226,787.28 |
| D05-01243196 | 05/05/2011 | $65,138.00 | $21,677.93 | $243,713.83 |
| D05-01243246 | 05/05/2011 | $58,923.00 | $19,609.57 | $220,460.40 |
| D05-01244087 | 05/16/2011 | $66,607.00 | $22,166.81 | $249,210.09 |
| D05-01244095 | 05/16/2011 | $65,307.00 | $21,734.17 | $244,346.14 |
| D05-01244574 | 05/21/2011 | $65,262.00 | $27,719.19 | $244,177.77 |
| D05-01244582 | 05/21/2011 | $63,932.00 | $21,276.57 | $239,201.58 |
| D05-01246876 | 05/31/2011 | $67,728.00 | $22,539.88 | $243,404.31 |
| D05-01246884 | 05/31/2011 | $73,628.00 | $24,503.40 | $275,479.16 |
| D05-01245159 | 06/08/2011 | $71,051.00 | $23,645.77 | $265,837.32 |
| D05-01245167 | 06/08/2011 | $68,407.00 | $22,765.85 | $255,944.79 |
| D05-01245175 | 06/08/2011 | $67,477.00 | $22,456.35 | $252,465.20 |

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 12 of 42

| | | | | |
|---|---|---|---|---|
| D05-01245720 | 06/13/2011 | $69,283.00 | $23,057.38 | $259,222.34 |
| D05-01245852 | 06/13/2011 | $71,927.00 | $23,937.31 | $269,114.87 |
| D05-01245944 | 06/13/2011 | $75,236.00 | $25,038.54 | $281,495.49 |
| D05-01247874 | 06/20/2011 | $66,570.00 | $22,154.50 | $249,071.66 |
| D05-01247866 | 06/20/2011 | $71,226.00 | $23,704.01 | $266,492.08 |
| D05-01246447 | 06/27/2011 | $51,804.00 | $17,240.37 | $193,824.67 |
| D05-01246439 | 07/08/2011 | $58,127.00 | $19,344.67 | $217,482.17 |
| D05-01246488 | 07/08/2011 | $59,198.00 | $19,701.09 | $221,489.32 |
| D05-01247080 | 07/17/2011 | $54,281.00 | $18,064.72 | $203,092.36 |
| D05-01246470 | 07/20/2011 | $53,551.00 | $17,821.77 | $200,361.07 |
| D05-01247502 | 08/03/2011 | $56,764.00 | $18,891.06 | $212,382.51 |
| D05-01248260 | 08/12/2011 | $62,727.00 | $20,875.55 | $234,693.07 |
| D05-01248682 | 08/15/2011 | $64,276.00 | $21,391.05 | $240,488.65 |
| D05-01250308 | 08/18/2011 | $66,940.00 | $22,277.63 | $250,456.01 |
| D05-01250290 | 08/18/2011 | $64,988.00 | $21,628.01 | $243,152.60 |
| D05-01248278 | 08/19/2011 | $62,191.00 | $20,697.16 | $232,687.63 |
| D05-01248666 | 08/23/2011 | $64,813.00 | $21,596.77 | $242,497.84 |
| D05-01248674 | 08/23/2011 | $66,231.00 | $22,041.68 | $247,803.29 |
| D05-01248989 | 08/23/2011 | $65,019.00 | $21,638.32 | $243,268.59 |
| D05-01248682 | 08/29/2011 | $64,276.00 | $23,391.05 | $240,488.65 |
| D05-01249367 | 08/29/2011 | $64,236.00 | $21,377.74 | $240,338.99 |
| D05-01248948 | 09/01/2011 | $64,418.00 | $21,438.31 | $241,019.95 |
| D05-01249359 | 09/02/2011 | $63,463.00 | $21,111.50 | $237,345.79 |
| D05-01251116 | 09/02/2011 | $65,250.00 | $21,715.20 | $244,132.88 |
| D05-01249334 | 09/02/2011 | $71,707.00 | $23,864.09 | $268,291.74 |
| D05-01248971 | 09/02/2011 | $63,460.00 | $21,119.49 | $237,435.59 |
| D05-01248989 | 09/02/2011 | $65,019.00 | $21,638.32 | $243,268.59 |

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 13 of 42

| | | | | |
|---|---|---|---|---|
| D05-01249607 | 09/04/2011 | $63,700.00 | $21,199.36 | $238,333.55 |
| D05-01249615 | 09/04/2011 | $66,894.00 | $22,262.32 | $250,283.90 |
| D05-01249961 | 09/04/2011 | $66,242.00 | $22,045.34 | $247,844.44 |
| D05-01250530 | 09/19/2011 | $73,924.00 | $24,601.91 | $276,586.65 |
| D05-01250670 | 09/19/2011 | $66,042.00 | $21,978.78 | $247,096.14 |
| D05-01249946 | 09/28/2011 | $67,328.00 | $22,406.76 | $251,907.71 |
| D05-01249938 | 10/04/2011 | $65,006.00 | $21,634.00 | $243,219.95 |
| D05-01250548 | 10/04/2011 | $66,378.00 | $22,090.60 | $248,353.29 |
| D05-01251132 | 10/20/2011 | $62,375.00 | $20,758.40 | $233,376.06 |
| D05-01251140 | 10/20/2011 | $64,698.00 | $21,531.49 | $242,067.57 |
| D05-01253740 | 10/22/2011 | $69,572.00 | $23,153.56 | $260,303.64 |
| D05-01251157 | 10/27/2011 | $63,898.00 | $21,265.25 | $239,074.37 |
| D05-01251504 | 10/28/2011 | $55,751.00 | $18,553.93 | $208,592.37 |
| D05-01252411 | 11/01/2011 | $57,922.00 | $19,299.74 | $216,977.07 |
| D05-01251777 | 11/04/2011 | $63,902.00 | $21,266.59 | $239,089.33 |
| D05-01251900 | 11/09/2011 | $59,546.00 | $19,816.91 | $222,791.36 |
| D05-01254839 | 11/17/2011 | $60,612.00 | $20,171.67 | $226,779.80 |
| D05-01254821 | 11/28/2011 | $59,773.00 | $19,892.45 | $223,640.68 |
| D05-01253468 | 12/06/2011 | $62,110.00 | $20,670.21 | $232,384.57 |
| D05-01253476 | 12/06/2011 | $60,809.00 | $20,237.24 | $227,516.87 |
| D05-01254516 | SEIZED | $61,365.00 | $20,422.27 | $229,597.15 |
| D05-01254508 | SEIZED | $60,934.00 | $20,278.84 | $227,984.56 |
| D05-01254961 | SEIZED | $61,431.00 | $20,444.24 | $229,844.09 |
| D05-01254987 | SEIZED | $68,137.00 | $22,675.99 | $254,934.59 |
| D05-01255505 | SEIZED | $69,255.00 | $23,048.06 | $259,117.58 |
| D05-01255232 | SEIZED | $68,665.00 | $22,851.71 | $256,910.10 |
| D05-01256305 | SEIZED | $61,138.00 | $20,346.73 | $228,747.83 |

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al*
Page 14 of 42

| D05-01256313 | SEIZED | $59,765.00 | $19,889.79 | $223,610.75 |
|---|---|---|---|---|
| D05-01256685 | SEIZED | $56,006.00 | $18,638.80 | $209,546.45 |
| D05-01256693 | SEIZED | $63,130.00 | $21,009.66 | $236,200.90 |
| D05-01256982 | SEIZED | $58,956.00 | $19,620.56 | $220,583.87 |
| D05-01257238 | SEIZED | $68,360.00 | $22,750.21 | $255,768.94 |
| **TOTALS** | | $6,567,616.00 | $2,185,702.60 | $24,572,735.26 |

## COUNT TWO
### Conspiracy; Wire Fraud
### (Title 18, United States Code, Section 1343 and 1349)

17.     Paragraphs One (1) through Eight (8) of the General Allegations of this Indictment are re-alleged and incorporated herein.

18.     In or about September, 2010, through in or about February, 2012, in the District of Puerto Rico and within the jurisdiction of this Court,

**[2] Edrick GARCIA-VAZQUEZ,**
**[3] Armando GARCIA-VAZQUEZ,**
**[4] Carlos MINGUELA-ORTIZ,**
**[5] William Tang Piu WONG,**
**[6] Sultana Screens & Aluminum Sales,**
**[7] PRP Trading Corp.,**
**[8] Aluwest Industries,**

the defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury, and having devised a scheme or artifice to defraud the United States by means of false and fraudulent pretenses as charged in Count One of this Indictment, did cause to be transmitted by means of wire communications in interstate and foreign commerce electronic mailings for the purpose of executing such scheme or artifice, all in violation of Title 18, United States Code, Sections 1343 and 1349.

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 15 of 42

## OBJECT OF THE CONSPIRACY

19.     The object of the conspiracy was that defendants **[2] Edrick GARCIA-VAZQUEZ,**

**[3] Armando GARCIA-VAZQUEZ** and **[4] Carlos MINGUELA-ORTIZ**, owners and/or

principals of **[6] Sultana Screens & Aluminum Sales, [7] PRP Trading Corp.**, and **[8] Aluwest**

**Industries**, all located in Puerto Rico, and **[5] William Tang Piu WONG**, located in Florida, would

communicate with each other and with P.A. Extrusions, located in Malaysia, Xingya Aluminum,

located in China, and EURO-PAC, located in Hong Kong, via electronic mailings in furtherance of

the conspiracy charged in Count One and Two of this Indictment to purchase aluminum from China,

transship the aluminum to Malaysia, repackage the aluminum and create false invoices to make it

appear as though the aluminum originated in Malaysia, and then import the aluminum into Puerto

Rico in order to avoid payment of the antidumping and countervailing duties.

## ACTS IN EXECUTION OF THE CONSPIRACY

20.     On or about the dates set forth below, the defendants caused the transmission, by

means of wire communications in interstate and foreign commerce, of electronic mailings for the

purpose of executing the scheme or artifice charged in Counts One and Two:

| DATES(S) | PARTICIPANTS | EMAIL ACCOUNTS |
|---|---|---|
| 09/09/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[4] Carlos MINGUELA-ORTIZ**<br>**[5] William Tang Piu WONG** | armando@aluwest.com<br>minguela@aluwest.com<br>bill.wong@agitradingcorp.com |
| 09/16/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[4] Carlos MINGUELA-ORTIZ**<br>**[5] William Tang Piu WONG** | armando@sultanapr.com<br>minguela@sultanapr.com<br>bill.wong@agitradingcorp.com |
| 10/02/2010 -<br>10/03/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>**[5] William Tang Piu WONG** | armando@aluwest.com<br>bill.wong@agitradingcorp.com |
| 10/20/2010 | **[3] Armando GARCIA-VAZQUEZ**<br>Xingya Aluminum | armando@sultanpr.com<br>celia.lu@xingya-alu.com |

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 16 of 42

| 11/05/2010 | **[3] Armando GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | armando@sultanapr.com bill.wong@agritradingcorp.com |
|---|---|---|
| 11/15/2010 - 12/08/2010 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** EURO-PACS Xingya Aluminum | prptc@yahoo.com bill.wong@agitradingcorp.com angie@euro-pacs.com celia.lu@xingya-alu.com |
| 12/09/2010 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | prptc@yahoo.com bill.wong@agritradingcorp.com |
| 12/16/2010 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 12/28/2010 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | prptc@yahoo.com bill.wong@agritradingcorp.com |
| 01/18/20211 | **[3] Armando GARCIA-VAZQUEZ** Xingya Aluminum | prptc@yahoo.com mon.yoyo@163.com |
| 01/26/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** Xingya Aluminum | prptc@yahoo.com bill.wong@agritradingcorp.com celia.lu@xingya-alu.com |
| 01/28/2011 - 01/29/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[4] Carlos MINGUELA-ORTIZ** **[5] William Tang Piu WONG** | prptc@yahoo.com minguela@sultanapr.com bill.wong@agitradingcorp.com |
| 02/13/2011 - 02/16/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | prptc@yahoo.com bill.wong@agritradingcorp.com |
| 03/07/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 03/21/2011 - 03/23/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[4] Carlos MINGUELA-ORTIZ** | prptc@yahoo.com minguela@aluwest.com |
| 03/21/2011 - 03/24/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[4] Carlos MINGUELA-ORTIZ** | prptc@yahoo.com minguela@sultanapr.com |
| 03/28/2011 - 04/03/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** Xingya Aluminum | prptc@yahoo.com bill.wong@agritradingcorp.com celia.lu@xingya-alu.com |
| 04/07/2011 | **[2] Edrick GARCIA-VAZQUEZ** **[5] William Tang Piu WONG** | prptc@yahoo.com bill.wong@agitradingcorp.com |

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 17 of 42

| 04/25/2011 - 04/27/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
|---|---|---|
| 05/12/2011 | [3] Armando GARCIA-VAZQUEZ  Xingya Aluminum | armando@sultanapr.com prptc@yahoo.com mon.yoyo@163.com |
| 07/28/2011 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 12/29/2011 - 01/02/2012 | [2] Edrick GARCIA-VAZQUEZ [5] William Tang Piu WONG | prptc@yahoo.com bill.wong@agitradingcorp.com |
| 02/01/2012 - 02/02/2012 | [5] William Tang Piu WONG  Xingya Aluminum | bill.womg@agitradingcorp.com celia.lu@xingya-alu.com |

## COUNT THREE
### Conspiracy; Money Laundering
### (Title 18, United States Code, Section 1956(a)(2)(A) and (h))

21.     Paragraphs One (1) through Eight (8) of the General Allegations of this Indictment are re-alleged and incorporated herein.

22.     In or about January, 2011, through in or about April, 2012, in the District of Puerto Rico and within the jurisdiction of this Court,

[1] Samuel GARCIA-ADARME,
[2] Edrick GARCIA-VAZQUEZ,
[3] Armando GARCIA-VAZQUEZ,
[4] Carlos MINGUELA-ORTIZ,
[5] William Tang Piu WONG,
[6] Sultana Screens & Aluminum Sales,
[7] PRP Trading Corp.,
[8] Aluwest Industries,

the defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the grand jury, to transfer and attempt to transfer funds, that is $6,907,985.43 in United States currency, from a place in the United States, that is, Puerto Rico, to a place outside the United States, that is, Malaysia, with the intent to promote the

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 18 of 42

carrying on of specified unlawful activity as charged in Count One of this Indictment, all in violation

of Title 18, United States Code, Section 1956(a)(2)(A) and (h).

## OBJECT OF THE CONSPIRACY

23.     The object of the conspiracy was for United States currency to be transferred from

the accounts of **[6] Sultana Screens & Aluminum Sales** and **[8] Aluwest Industries** into the

accounts of **[7] PRP Trading Corp.**, all located in Puerto Rico, which was then transferred to the

accounts of PA Extrusion located in Selangor, Malaysia. Once PA Extrusion deducted their fees

associated with the conspiracy charged in Count One, the remainder of the currency was transferred

from PA Extrusion in Malaysia to Xingya Aluminum, d.b.a Winmax Group, the original

manufacturer of the aluminum extrusions located in GuangDong, China, and to EURO-PAC, a Hong

Kong-based company hired to transport the Chinese-origin aluminum from China to Malaysia.

## ACTS IN EXECUTION OF THE CONSPIRACY

24.     On or about the dates set forth below, the defendants executed wire transfer of

United States currency from PRP Trading Corp. located in Puerto Rico, to PA Extrusion located in

Malaysia, with the intent to promote the carrying on of the specified unlawful activity charged in

Count One:

| Date | Transferor | Transferee | Type of Transfer | Amount |
|---|---|---|---|---|
| 01/18/2011 | PRP Trading | PA Extrusions | Wire | $317,776.22 |
| 01/27/2011 | PRP Trading | PA Extrusions | Wire | $275,443.04 |
| 01/25/2011 | PRP Trading | PA Extrusions | Wire | $251,216.00 |
| 03/07/2011 | PRP Trading | PA Extrusions | Wire | $249,543.73 |
| 03/21/2011 | PRP Trading | PA Extrusions | Wire | $49,282.68 |
| 03/25/2011 | PRP Trading | PA Extrusions | Wire | $251,216.00 |

| | | | | |
|---|---|---|---|---|
| 05/02/2011 | PRP Trading | PA Extrusions | Wire | $301,930.27 |
| 05/13/2011 | PRP Trading | PA Extrusions | Wire | $118,570.00 |
| 06/02/2011 | PRP Trading | PA Extrusions | Wire | $255,201.34 |
| 06/09/2011 | PRP Trading | PA Extrusions | Wire | $175,883.49 |
| 06/16/2011 | PRP Trading | PA Extrusions | Wire | $141,946.07 |
| 06/24/2011 | PRP Trading | PA Extrusions | Wire | $119,997.63 |
| 04/05/2011 | PRP Trading | PA Extrusions | Wire | $189,226.52 |
| 04/26/2011 | PRP Trading | PA Extrusions | Wire | $113,580.00 |
| 04/26/2011 | PRP Trading | PA Extrusions | Wire | $200,091.95 |
| 08/15/2011 | PRP Trading | PA Extrusions | Wire | $134,409.73 |
| 08/19/2011 | PRP Trading | PA Extrusions | Wire | $139,143.73 |
| 08/30/2011 | PRP Trading | PA Extrusions | Wire | $131,287.13 |
| 09/09/2011 | PRP Trading | PA Extrusions | Wire | $129,194.62 |
| 09/15/2011 | PRP Trading | PA Extrusions | Wire | $190,142.14 |
| 09/26/2011 | PRP Trading | PA Extrusions | Wire | $266,011.50 |
| 10/05/2011 | PRP Trading | PA Extrusions | Wire | $201,967.36 |
| 10/07/2011 | PRP Trading | PA Extrusions | Wire | $196,400.00 |
| 10/14/2011 | PRP Trading | PA Extrusions | Wire | $201,448.14 |
| 10/25/2011 | PRP Trading | PA Extrusions | Wire | $139,366.87 |
| 11/02/2011 | PRP Trading | PA Extrusions | Wire | $133,375.27 |
| 11/03/2011 | PRP Trading | PA Extrusions | Wire | $154,192.00 |
| 11/09/2011 | PRP Trading | PA Extrusions | Wire | $137,778.92 |
| 11/14/2011 | PRP Trading | PA Extrusions | Wire | $204,985.96 |
| 11/21/2011 | PRP Trading | PA Extrusions | Wire | $142,972.53 |
| 11/23/2011 | PRP Trading | PA Extrusions | Wire | $138,812.72 |
| 12/01/2011 | PRP Trading | PA Extrusions | Wire | $134,921.85 |
| 12/07/2011 | PRP Trading | PA Extrusions | Wire | $128,500.25 |

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 20 of 42

| 12/12/2011 | PRP Trading | PA Extrusions | Wire | $131,787.36 |
|---|---|---|---|---|
| 12/19/2011 | PRP Trading | PA Extrusions | Wire | $126,870.80 |
| 12/22/2011 | PRP Trading | PA Extrusions | Wire | $128,417.34 |
| 12/29/2011 | PRP Trading | PA Extrusions | Wire | $128,482.17 |
| 01/04/2012 | PRP Trading | PA Extrusions | Wire | $128,570.58 |
| 01/13/2012 | PRP Trading | PA Extrusions | Wire | $131,982.22 |
| 01/20/2012 | PRP Trading | PA Extrusions | Wire | $141,059.30 |
| 04/25/2012 | PRP Trading | PA Extrusions | Wire | $75,000.00 |
| **Total** | | | | $6,907,985.43 |

## FIRST CRIMINAL FORFEITURE ALLEGATION
### Title 18, United States Code, Sections 545 and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

25.     The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 545 and 982(a)(2)(B) and 545 and Title 28, United States Code, Section 2461(c).

26.     Upon conviction of the offense alleged in Count One of this Indictment, defendants

[1] Samuel GARCIA-ADARME,
[2] Edrick GARCIA-VAZQUEZ,
[3] Armando GARCIA-VAZQUEZ,
[4] Carlos MINGUELA-ORTIZ,
[5] William Tang Piu WONG,
[6] Sultana Screens & Aluminum Sales,
[7] PRP Trading Corp.,
[8] Aluwest Industries,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the smuggling offense, and, pursuant to Title 18, United States Code, Section 545 and Title 28, United States Code, Section 2461(c), any merchandise introduced into the United States in violation of section 545, or the value thereof, including but not limited to the following:

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al*
Page 21 of 42

    a.    **A money judgment of $26,758,437.86 million in United States Currency.**

27.    If any of the property described above, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Tilte 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), including but not limited to the following:

**INTENTIONALLY BLANK**



a. One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Hato Abajo Ward, Arecibo, Puerto Rico, more particularly described as:

> RUSTICA: (remanente): Solar en el Barrio Hato Abajo, Avenida San Luis de Arecibo, Puerto Rico, con una cabida superficial de 2,349.3931 metros cuadrados. Colinda por el NORTE, en 60.710 metros, con José J. González Nolla y Sucesión Gregorio Dorta García y en 18.874 metros, con Panchita Casallas; por el SUR, en dos alineaciones que totalizan 61.196 metros, con faja dedicada a uso público; por el ESTE, en dos alineaciones que totalizan 38.585 metros, con Carretera Estatal No. 129 Arecibo a Lares; por el OESTE, en 5.00 metros, con faja dedicada a uso público y en 27.267 metros, con Evangelista Torres.

> RURAL: (Remnant):  Lot located at Hato Abajo Ward, San Luis Avenue, in Arecibo, Puerto Rico, with a superficial area of 2,349.3931 square meters, bounding on the NORTH, in 60.710 meters, with José J. González Nolla , The Estate of Gregorio Dorta García and in 18.874 meters, with Panchita Casallas; on the SOUTH, in two boundaries that total 61.196 meters, with land dedicated to public use; on the  EAST, in two boundaries that total 38.585 meters, with State Road No. 129 Arecibo to Lares; and on the WEST, in 5.00 meters, with land dedicated to public use and in 27.267 meters, with Evangelista Torres. (Translation supplied).

**Property No. 27,226**, recorded at page 195 of volume 1136 of Arecibo. Registry of Property, First Section of Arecibo, Puerto Rico.

Registered owner: SULTANA SCREENS AND ALUMINUM, INC.

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 23 of 42



b.      One Urban Lot, together with its buildings, appurtenances, improvements, fixtures,

attachments and easements, located at Hato Rey Ward, San Juan, Puerto Rico, more particularly

described as:

> URBANA: Solar marcado con el No. 19 del Bloque "S" del plano de inscripción
> de la Urbanización University Gardens, radicado en el Barrio de Hato Rey del
> término municipal de San Juan, Puerto Rico. Con un área superficial de 459.42
> metros cuadrados. Colinda por el NORTE, en 21.27 metros, con el solar No. 18
> del Bloque "S"; por el SUR, en 16.598 metros, con la Calle 6; por el ESTE, en
> 19.04 metros, con la Calle 12; y por el OESTE, en 22.500 metros, con el solar
> 20 del Bloque "S".

> URBAN: Lot marked with the No. 19 of Block "S", in the inscription of the
> University Gardens Development, located in the Hato Rey Ward in the
> Municipality of San Juan, Puerto Rico. With a superficial area of 459.42 square
> meters. Bounded on the NORTH, in 21.27 meters, with lot No. 18 of Block "S";
> on the SOUTH, in 16.598 meters, with Street 6; on the EAST, in 19.04 meters,
> with Street 12; and on the WEST, in 22.500 meters, with lot 20 of Block "S".
> (Translation supplied).

**Property No. 19,317,** recorded at mobile 56 of volume 1514 of Rio Piedras Norte. Registry of
Property, Second Section of San Juan, Puerto Rico.

Registered owners: ARMANDO JOSE GARCIA VAZQUEZ and his wife XIOMARA NANETTE
RIVERA MORALES.

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 24 of 42



    c.     One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Sábalos Ward, Mayaguez, Puerto Rico, more particularly described as:

> URBANA: Solar radicado en el Barrio Sábalos del término municipal de Mayagüez. Tiene una cabida superficial de 2,359.6488 metros cuadrados. Colinda por el NORTE, con la Calle Cuatro Hermanos, hoy Avenida Hiram D. Cabassa; por el SUR, con zanja que lo separa de remanente finca principal propiedad de Miguel Carlo Aymat; por el ESTE, con terrenos propiedad de Samuel García Adarme y solar identificado con el número 1, segregado; por el OESTE, con remanente de la finca principal de Miguel Carlo Aymat y terrenos de Milton Torres.

> URBAN: Lot located in the Sábalos Ward, of the Municipality of Mayaguez. With a superficial area of 2,359.6488 square meters. Bounded on the NORTH, with Cuatro Hermanos Street, now Hiram D. Cabassa Avenue; by the SOUTH, with ditch that separates it from remnant property of Miguel Carlo Aymat; by the EAST, with property of Samuel Garcia Adarme and lot identified with the No. 1, segregated; and by the WEST, with remnant property of Miguel Carlo Aymat and of Milton Torres. (Translation supplied).

**Property No. 28,310,** recorded at mobile page of volume 1372 of Mayaguez. Registry of Property, Section of Mayaguez, Puerto Rico.

Registered owner: SULTANA SCREENS AND ALUMINUM SALES, INC.

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 25 of 42



> d.  One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Guanajibo Ward, Mayaguez, Puerto Rico, more particularly described as:

> URBANA: Solar marcado con el No. 5 del Bloque "B" de la URBANIZACIÓN RESIDENCIAL SULTANA, situado en el Barrio Guanajibo de Mayagüez, Puerto Rico, con una cabida superficial de 394.70 metros cuadrados, en lindes por el NORTE, en 28.35 metros, con el solar No. 6; por el SUR, en 27.42 metros, con el solar No. 4; por el ESTE, en 12.28 metros, con los solares 21 y 22; y por el OESTE, en 16.00 metros, con la Calle No. 19. En este solar enclava una residencia para una familia.

> URBAN: Lot marked with the No. 5 of Block "B" of the RESIDENTIAL SULTANA DEVELOPMENT, located in the Guanajibo Ward of the Municipality of Mayagüez, Puerto Rico, with a superficial area of 394.70 square meters, bounding on the NORTH, in 28.35 meters, with lot No. 6; by the SOUTH, in 27.42 meters, with lot No. 4; by the EAST, in 12.28 meters, with lot Nos. 21 and 22; and by the WEST, in 16.00 meters, with Street No. 19. Contains a residential dwelling for a single family. (Translation supplied).

**Property No. 19,333,** recorded at mobile page of volume 1315 of Mayaguez, Registry of Property, Section of Mayaguez, Puerto Rico.

Registered owners: SAMUEL GARCIA ADARME and his wife IVETTE VAZQUEZ DELGADO.

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 26 of 42



e.  One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Felicia Ward, Santa Isabel, Puerto Rico, more particularly described as:

> Urbana: Solar marcado con el número G-1 de la Urbanización Brisas del Prado (Valle Costero III). Radicado en el barrio Felicia dos del término municipal de Santa Isabel, Puerto Rico, con una cabida de 496.640 metros cuadrados. En lindes por el NORTE con los solares 10, 11 y 12 todos del Bloque "E"; por el SUR con el solar número dos del Bloque "G" y con la calle número 307; por el ESTE con la carretera P.R. 542 y por el OESTE con el solar número 13 del Bloque "E". Enclava una estructura de hormigón para uso residencial. Se segrega de la finca 5913 del tomo 153 del folio 245 de Santa Isabel.

> URBAN: Lot marked No. G-1 of the complex Brisas del Prado (Valley Coastal III). Located in the Felicia Two of municipality of Santa Isabel, Puerto Rico, with a capacity of 496.640 meters square. Bonded by the NORTH, with lot 10, 11 and 12 all of Block "E"; on the SOUTH by the lot number two of Block "G" and the street number 307; on the EAST by the road PR 542; and on the WEST by the lot number 13 of Block "E". Contains a concrete structure for residential use. It segregates from property number 5913 volume 153 of page 245 of Santa Isabel. (Translation supplied).

**Property No. 7,551,** recorded at page 166 of volume 179 of Santa Isabel. Registry of Property, Section of Guayama, Puerto Rico.

Registered owners: SAMUEL GARCIA ADARME and his wife IVETTE VAZQUEZ DELGADO.

Case 3:13-mj-08315-DLB Document 1 Entered on FLSD Docket 06/25/2013 Page 27 of 42

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 27 of 42



f.   One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Sábalos Ward, Mayaguez, Puerto Rico, more particularly described as:

> URBANA: Solar marcado con el número 9 del bloque "S" de la Urbanización Belmonte, radicado en el Barrio Sábalos del término municipal de Mayagüez, Puerto Rico, con una cabida superficial de 427.09 metros cuadrados. Colinda por el NORTE en 13.73 metros lineales con el solar número 10 del bloque "S"; por el SUR en 16.90 metros lineales con la calle 3; por el ESTE en 20 metros lineales con la calle 4 y por el OESTE en 28.35 metros lineales con el solar número 8 del bloque "S".

> URBAN: Lot marked with the No. 5 of Block "B" of the RESIDENTIAL SULTANA DEVELOPMENT, located in the Guanajibo Ward of the Municipality of Mayagüez, Puerto Rico, with a superficial area of 394.70 square meters, bounding on the North, in 28.35 meters, with lot No. 6; by the South, in 27.42 meters, with lot No. 4; by the East, in 12.28 meters, with lot Nos. 21 and 22; and by the West, in 16.00 meters, with Street No. 19. Contains a residential dwelling for a single family. (Translation supplied).

**Property No. 19,105,** recorded at page 114 volume 689 of Mayaguez. Registry of Property, Section of Mayaguez, Puerto Rico.

Registered owners: SAMUEL GARCIA ADARME and his wife IVETTE VAZQUEZ DELGADO.

Case 9:13-mj-08315-DLB Document 1 Entered on FLSD Docket 08/23/2013 Page 28 of 42

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 28 of 42



g. One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 3144 Hamblin Way, Wellington, Palm Beach County, Florida, more particularly described as:

Lot 1184, Block D of Olympia – Plat II, according to the Plat thereof, as recorded in Plat Book 98, page 1, of the Public Records of Palm Beach County, Florida.

**INTENTIONALLY BLANK**

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 29 of 42



h.     One Urban Lot, together with its buildings, appurtenances, improvements, fixtures,

attachments and easements, located at Sábalos Ward, Mayaguez, Puerto Rico, more particularly

described as:

> URBANA: Solar radicado en el Barrio Sábalos del término municipal de
> Mayagüez, Puerto Rico.  Tiene una cabida superficial de 2,514.0626 metros
> cuadrados. Colinda por el NORTE, con la Calle Cuatro Hermanos, hoy Avenida
> Hiram D. Cabassa; por el SUR, con zanja que los separa de remanente finca
> principal propiedad de Miguel Carlo Aymat; por el ESTE, con terrenos
> propiedad de Frank Torres y remanente finca principal propiedad de Miguel
> Carlo Aymat; por el OESTE, colinda con terrenos de la Corporación Sultana
> Screens Aluminum, Sales, Incorporado y solar No. 2 a segregarse.
> Nota: Se forma por agrupación y por agregación a esta finca un solar colindante
> compuesto de 201.7776 metros cuadrados, con un valor de $8,071.11.

> URBAN: Lot located in the Sábalos Ward, of the municipality of Mayaguez,
> Puerto Rico.  With a superficial area of 2,514.0626 square meters.  Bounded on
> the NORTH, with Street Cuatro Hermanos, today Hiram D. Cabassa Avenue;
> by the SOUTH, with ditch that separates it from principal property, pertaining
> to Miguel Carlo Aymat; on the EAST, with properties owned by Frank Torres
> and principal property of Miguel Carlo Aymat; and on the WEST, with
> properties pertaining to Sultana Screens and Aluminum Corporation an lot No.
> 2 to be segregated.  Note: It was formed by aggrupation and segregating to this
> property a lot bounding composed of 201.7776 square meters with a value of
> $8,071.11. (Translation supplied).

**Property No. 40,344,** recorded at mobile page of volume 1457 of Mayaguez.  Registry of Property,
Section of Mayaguez, Puerto Rico.

Registered owners: SAMUEL GARCIA ADARME and his wife IVETTE VAZQUEZ DELGADO.

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 30 of 42



  i.  One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Condominio Quantum Metrocenter, Apartment No. 1702, San Juan, Puerto Rico, more particularly described as:

> URBANA: Propiedad Horizontal: Apartamento No. 1702. Apartamento residencial localizado en el lado Norte del décimo séptimo piso de la Torre Norte del Condominio Quantum Metrocenter, ubicado en el término municipal de San Juan, Puerto Rico. Este apartamento es de forma irregular tiene una cabida superficial de 2,094.05 pies cuadrados, equivalentes a 194.54 metros cuadrados. En lindes por el NORTE, con el espacio exterior en forma irregular y en distancia total de 16.61 metros; por el SUR, con el apartamento No. 1703 y área común en distancia total de 16.61 metros; por el ESTE, con el apartamento No. 1701 y área común en distancia total de 17.86 metros; y por el OESTE, con el espacio exterior en forma irregular y en distancia total de 17.86 metros. Este apartamento consta de dos habitaciones dos baños, salón de estar convertible a una habitación, cocina, sola-comedor, recibidor, lavandería y balcón. A este apartamento le corresponde una participación en los elementos comunes generales del Condominio equivalentes a 0.589%. Le corresponde a este apartamento de forma exclusiva, permanente e inseparable los estacionamientos marcados con los Nos. 190 y 191. Le corresponde también el espacio de almacenamiento No. 78.

> URBAN: Horizontal Property: Apartment No. 1702. Residential apartment located on the North Side of the 17th floor of North Tower of the Quantum Metrocenter Condominium, located in the Municipality of San Juan, Puerto Rico. This apartment has an irregular shape, with a superficial area of 2,094.05 square feet, equivalent to 194.54 square

meters. Bounded by the NORTH, with exterior space of irregular shape in a distance of 16.61 meters; by the SOUTH, with apartment No. 1703 and common area in a total distance of 16.61 meters; by the EAST, with apartment No. 1701 and common area, in a distance of 16.686 meters; by the WEST, with exterior space of irregular shape in a total distance of 176.86 meters. This apartment contains two bedrooms, two bathrooms, family room which can be converted to a room, kitchen, living-dining room, foyer, laundry and balcony. To this apartment appurtenant of 0.589% in the common elements. To this apartment corresponds in an exclusive way, permanent and inseparable parking space Nos. 190 and 191. Also corresponds to this apartment, storage space No. 78. (Translation supplied)

**ORIGIN:** It was individualized from Quantum Metrocenter Condominium, property No. 24,947 of San Juan. Presented and pending of recordation at entry 230 of book 1078.

Registered owners: EDRICK SAM GARCIA VAZQUEZ with a participation of this property of 55% and SAMUEL GARCIA ADARME and his wife IVETTE VAZQUEZ DELGADO, with participation of 45%.

**INTENTIONALLY BLANK**

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 32 of 42



    j.     One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Tomas de Castro Ward, Caguas, Puerto Rico, more particularly described as:

> RUSTICA: Lote denominado No. 3-B en el Caso No. 85-46-A-574-KPI, radicado en el Barrio Tomas de Castro del término municipal de Caguas, Puerto Rico, con una cabida de 2.500.1795 metros cuadrados. En lindes por el NORTE, con el lote No. 3-C que procede del mismo predio; por el SUR, con el lote No. 3-A que procede del mismo predio; por el ESTE, con calle a dedicarse a uso público; por el OESTET, con Caribe Glass Works.

> URBAN: Lot marked with the No. 3-B in the Case No. 85-46-A-574-KPL;, located in the Tomas de Castro Ward, of the municipality of Caguas, Puerto Rico, with an area of 2.500.1795 square meters. Bounding on the NORTH, with lot No. 3-C that proceeds from the same lot; by the SOUTH, with lot No. 3-A that proceeds from the same lot; by the EAST, with Street dedicated to public use; and by the WEST, with Caribe Glass Works. (Translation supplied)

**Property No. 43,460,** recorded at page 143vto. of volume 1235 of Caguas. Registry of Property, First Section of Caguas, Puerto Rico.

Registered owner: SULTANA SCREENS AND ALUMINUM SALES, INC.



k.       One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at: Lot 139, Boqueron Ward, Cabo Rojo, Puerto Rico, identified at the Centro de Recaudación de Ingresos ("CRIM") as Parcel Number 402-000-005-44-000.



l.       One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at:   101 Las Marias Street, La Quinta Community, Mayaguez, Puerto Rico, identified at the Centro de Recaudación de Ingresos ("CRIM") as Parcel Number 233-020-337-36-000.



m.     One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Quebrada Grande Ward, Mayaguez, Puerto Rico, more particularly described as:

> RUSTICA: Porción de terreno con una cabida superficial de una cuerda con treinta y tres y un tercio (33 1/3) centímetro de cuerda, o sea cincuenta y dos áreas, cuarenta centiáreas y cincuenta y dos miliáreas radicadas en el Barrio Quebrada Grande de Mayagüez, dedicado a pastos y árboles frutales, colinda por el norte en un frente de setenta y tres y un medio metros con un camino que la separa de terreno de la finca principal, hoy de Patricio Martínez y con terrenos también de la finca principal, por el sur colinda con más terreno de la finca principal que se segrega pertenecientes a los señores Marín, Arbona, Salina, Sonffront, Vidal y Gil; por el este colinda con solar segregado y vendido a Maria Luisa Arcelay y por el oeste colinda con solar segregado y vendido a Olga Bianchi de Casalduc. La parcela arriba descrita es segregación de la finca 2920.

> RUSTIC: Portion of land with a surface of an acre with thirty-three and one third (33 1/3) inch of acre, or fifty-two acres, forty centiáreas miliáreas fifty-two acre located in the Quebrada Grande Ward Mayagüez, devoted to pasture and fruit trees, bounded on the NORTH in a front of seventy-three and a half meters with a road separating it from the main farm field, today Patricio Martinez and farm land also main property; bounded on the SOUTH, with most area of the main property which is segregated belonging to Misters Marin, Arbona, Salina, Sonffront, Vidal and Gil; bonded on the EAST, with lot segregated and sold to Maria Luisa Arcelay; and bonded on the WEST with lot segregated and sold to Olga Bianchi Casalduc. The above described parcel is segregation of property 2920. (Translation supplied)

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al*
Page 35 of 42

**Property No. 8,526,** recorded at page 125 of volume 131 of Mayaguez. Registry of Property, Section of Mayaguez, Puerto Rico.

Registered owners: SAMUEL GARCIA ADARME and his wife IVETTE VAZQUEZ DELGADO.



n. One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Piñales Ward, Mayaguez, Puerto Rico, more particularly described as:

URBANA: Solar estructura que forma parte de la Urbanización Valles de Añasco, Fase II, sita en el Barrio Piñales del término municipal de Añasco, Puerto Rico, que se describe en el plano de inscripción de la Urbanización con el número, área y colindancias que se relacionan a continuación: Solar No. 2 del Bloque "I". Área de 450.00 metros cuadrados. En lindes por el NORTE, en una distancia de 30.00 metros, con el solar No. 1 del Bloque "I" de la Urbanización; por el SUR, un una distancia de 30.000 metros con el solar No. 3 del Bloque "I" de la Urbanización; por el ESTE, en una distancia de 4.513 metros, con el solar No. 23 del Bloque "I" de la Urbanización y en una distancia

de 10.487 metros, con el solar No. 22 del Bloque "I" de la Urbanización; y por el OESTE, en una distancia de 15.00 metros, con la Calle No. 12 de la Urbanización. Sobre dicho solar se ha edificado una estructura de concr3eto armado y bloques de cemento para fines residenciales, la cual ha sido construida de acuerdo a los planos y especificaciones aprobadas por la Administración de Reglamentos y Permisos y por las demás agencias gubernamentales correspondientes.

URBAN: Lot and structure which form part of Valles de Añasco Development, Fase II, located at Piñales Ward in the municipality of Añasco, Puerto Rico, which is described in the inscription plan of the Development with the number, area and boundaries as are follows: Lot No.2 of Block "I". With a superficial area of 450.00 square meters. Bounding by the NORTH, on a distance of 30.00 meters, with lot No. 1 of Block "I" of the development; by the SOUTH, on a distance of 30.00 meters, with lot No. 3 of Block "I" of the development; by the EAST, on a distance of 4.513 meters, with lot No. 23 of block "I" of the development and on a distance of 10.487 meters, with lot No. 22 of block "I" of the development; and by the WEST, in a distance of 15.00 meters, with Street No. 12 of the development . It contains a residential dwelling of concrete and concrete blocks for residential purposes. (Translation supplied)

**ORIGIN:** It was segregated from property No. 1533, recorded at page 120 of volume 34 of Añasco. Registry of Property, Section of Mayaguez, Puerto Rico. Presented and pending of recordation at entry 4 of volume 734.

Registered owners: CARLOS ANTONIO MINGUELA ORTIZ and his wife ARLENE AVELLANET RODRIGUEZ

**INTENTIONALLY BLANK**

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et. al.*
Page 37 of 42



      o.      One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Hato Tejas Ward, Bayamón, Puerto Rico, more particularly described as:

> Urbana: Solar marcado con el #14 del Bloque A del plano de inscripción de Reparto Industrial Corujo, Inc. Sitio en el Barrio Hato Tejas del término municipal de Bayamón, Puerto Rico. Con área de 2,043 metros cuadrados. Con lindes por el NORTE, con el solar #13, por el SUR, con el solar #10, por el ESTE con la calle de la urbanización y por el OESTE, con el solar #9 de la urbanización. En el referido solar se ha construido un edificio en concreto armado y techo de concreto de una planta, para ser destinado a fines industriales, con cabida de 13,086 pies cuadrados.

> URBAN: Lot marked with the number 14 Block "A" registration plane Corujo Industrial Distribution, Inc. Site in Barrio Hato Tejas the municipality of Bayamón, Puerto Rico. With area of 2,043 square meters. Bounded on the NORTH, with the lot # 13, on the SOUTH, with the lot # 10, on the EAST, with the urbanization street; and on the WEST, with the lot # 9 of urbanization. In the aforementioned lot has constructed a building in reinforced concrete and concrete roof of a plant, to be used for industrial purposes, with room for 13,086 square feet. (Translation supplied).

**Property No. 4,080,** recorded at page 296 of volume 96 of Bayamón Norte. Registry of the Property, Third Section of Bayamón, Puerto Rico.

Registered owner: SULTANA SCREENS AND ALUMINUM SALES, INC.

p.    The following bank accounts in the name of ALUWEST INDUSTRIES:

Banco Popular de Puerto Rico
120920711
2255075812
3255113335
4043007147
5042006635
6050017012
7075205882
8172014190
9255299901
10243256356
11655080512

q.    The following bank account in the name of SULTANA SCREENS AND ALUMINUM SALES, Inc.: Banco Popular de Puerto Rico 2404003944.

r.    The following bank accounts in the name of CARLOS MINGUELA-ORTIZ: Banco Popular Account IRA  0005165209.

s.    The following bank account in the name of ARMANDO GARCIA-VAZQUEZ: TD Ameritrade 873451470.

t.    The following bank account in the name of SAMUEL GARCIA-ADARME: Pershing LLC 7U9006427.

u.    The following bank accounts in the name of WILLIAM WONG: Bank of America 001666100061 and 008980366989.

All pursuant to Title 18, United States Code, Sections 545 and 982(a)(2)(B) and Title 28, United States Code, Section 2461(c).

INDICTMENT
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 39 of 42

## SECOND CRIMINAL FORFEITURE ALLEGATION
**Title 18, <u>United States Code</u>, Sections 1343 and 981(a)(1)(C), and Title 28, <u>United States Code</u>, Section 2461(c).**

28.    The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, <u>United States Code</u>, Section 981(a)(1)(C) and Title 28, <u>United States Code</u>, Section 2461(c).

29.    Upon conviction of the offense in violation of Title 18, <u>United States Code</u>, Sections 1343 and 1349, set forth in Count Two of this Indictment, the defendants,

**[1] Samuel GARCIA-ADARME,**
**[2] Edrick GARCIA-VAZQUEZ,**
**[3] Armando GARCIA-VAZQUEZ,**
**[4] Carlos MINGUELA-ORTIZ,**
**[5] William Tang Piu WONG,**
**[6] Sultana Screens & Aluminum Sales,**
**[7] PRP Trading Corp.,**
**[8] Aluwest Industries,**

shall forfeit to the United States of America, pursuant to Title 18, <u>United States Code</u>, Section 981(a)(1)(C) and Title 28, <u>United States Code</u>, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s). The property to be forfeited includs, but is not limited to, the following:

   a.    **A money judgment of $26,758,437.86 million in United States Currency.**

30.    If any of the property described above, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

---

    e.    has been commingled with other property which cannot be divided without difficulty.

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), including but not limited to the following:

    a.    Assets identified as substitute property 'a' thru 'u' under the First Criminal Forfeiture Allegation of the Present Indictment.

## THIRD CRIMINAL FORFEITURE ALLEGATION
### Title 18, United States Code, Sections 982 and 1956

31.    The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

32.    Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendants,

**[1] Samuel GARCIA-ADARME,
[2] Edrick GARCIA-VAZQUEZ,
[3] Armando GARCIA-VAZQUEZ,
[4] Carlos MINGUELA-ORTIZ,
[5] William Tang Piu WONG,
[6] Sultana Screens & Aluminum Sales,
[7] PRP Trading Corp.,
[8] Aluwest Industries,**

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a.    A money judgment of $6,907,985.43 in United States currency;

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et. al*
Page 41 of 42

---

      b.     Scotiabank Account No. 8052515 under the name Sultana Screens and Aluminum Sales, Inc.

      c.     Scotiabank Account No. 8053980 under the name Aluwest Industries, Inc.

      d.     Scotiabank Account No. 8053981 under the name Aluwest Industries, Inc.

      e.     Scotiabank Account No. 8053662 under the name PRP Trading Corp.



      f.     One Urban Lot, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Hato Abajo Ward, Arecibo, Puerto Rico, more particularly described as:

URBANA: Solar marcado con el No. 6 del Bloque "B" de la Urbanización Parque de Jardines de Arecibo, radicado en el Barrio Hato Abajo del término municipal de Arecibo, Puerto Rico. Con una cabida de 304.33 metros cuadrados, en lindes por el NORTE, en distancia de 10.19 metros, con la Calle No. 27; por el SUR, en distancia de 10.19 metros, con Ana Galán; por el ESTE, en distancia de 22.92 metros, con el solar B-7; y por el OESTE, en distancia de 29.92 metros, con el solar B-5.

URBAN: Lot marked with the number 6 of Block "B", of Parque de Jardines de Arecibo Development, located in the Hato Abajo ward of the Municipality of Arecibo, Puerto Rico. With an area of 304.33 square meters. Bounded by the NORTH, in a distance of 10.19 meters, with Street No. 27; on the SOUTH, in a distance of 10.19 meters, with Ana Galán; by the EAST, in a distance of 22.92 meters, with lot B-7; and on the WEST, in a distance of 29.92 meters, with lot B-5. (Translation supplied).

**Property No. 40,388,** recorded at page 46 overleaf of volume 925 of Arecibo. Registry of Property, First Section of Arecibo, Puerto Rico.

Registered owner: ANA GARCIA ADARME, also known as ANA GARCIA ADORME.

**INDICTMENT**
*United States v. [1] Samuel GARCIA-ADARME, et al.*
Page 42 of 42

33.     If any of the property described above, as a result of any act or omission of the

defendants:

       a.       cannot be located upon the exercise of due diligence;

       b.       has been transferred or sold to, or deposited with, a third party;

       c.       has been placed beyond the jurisdiction of the court;

       d.       has been substantially diminished in value; or

       e.       has been commingled with other property which cannot be divided without

            difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1) and Title 28, United States Code, Section 2461(c), including but not limited to the

following:

       a.   Assets identified as substitute property 'a' thru 'u' under the First Criminal

          Forfeiture Allegation of the Present Indictment.

TRUE BILL

FOREPERSON
DATED: 6/20/2013

**ROSA EMILIA RODRIGUEZ-VELEZ**
UNITED STATES ATTORNEY

Maria Dominguez-Victoriano
First Assistant United States Attorney

Dated: 6/19/13

Scott Anderson
Senior Litigation Counsel

Dated: 19 June 2013